# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BRADLEY KELLER, #2207031 | § § | |
| v. | § § | CASE NO. 3:19-CV-0905-S-BH |
| DALLAS COUNTY JAIL | § § | |

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *pro se* prisoner plaintiff's complaint should be dismissed as malicious without prejudice to his prosecution of his pending lawsuit, *Keller v. Dallas County Jail*, No. 3:19-CV-904-N (N.D. Tex. Apr. 8, 2019).

**SO ORDERED.**

SIGNED July 30, 2019.

UNITED STATES DISTRICT JUDGE